# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Package Development | 12/5/2022 | 266204 | Check | $ 71,866.08 |
| Akorn Operating Company, LLC | Package Development | 2/2/2023 | 267131 | Check | $ 72,117.36 |
| Akorn Operating Company, LLC | Package Development | 2/13/2023 | 267360 | Check | $ 74,692.98 |
| | | | | | $ 218,676.42 |